IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LUCAS SCOTT,

    Petitioner,

v.

WARDEN, STANLEY CORRECTIONAL INSTITUTION, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-484-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the petition of Lucas Scott for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed as moot.

_Peter Oppeneer_          10/17/12
Peter Oppeneer, Clerk of Court      Date